```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case 2:11cv2982 WBS EFB |
| Plaintiff, | |
| vs. | ORDER |
| The Solano Computer Guy, Inc., et al, | |
| Defendants | |

IT IS HEREBY ORDERED THAT Defendant, Catherine A. Spencer is hereby dismissed Without Prejudice pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.

Date: December 15, 2011

*/s/ William B. Shubb*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02982-WBS-EFB- 1