```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>The Solano Computer Guy, Inc., et al<br><br>　　　　Defendants | Case No. **2:11-cv-02982-WBS-EFB**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL FEBRUARY 15, 2012 FOR DEFENDANTS JOHN S. HOLM; LEONE E. HOLM TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, John S. Holm; Leone E. Holm, by and through their respective attorneys of record, Scott N. Johnson; Stephanie M. Leifer, stipulate as follows:

　　1. An extension of time has been previously
　　　　obtained for Defendants John S. Holm; Leone E.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Holm until January 30, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants John S. Holm; Leone E. Holm are granted an extension until February 15, 2012 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants John S. Holm; Leone E. Holm response will be due no later than February 15, 2012.

IT IS SO STIPULATED effective as of February 1, 2012

Dated:   February 1, 2012          /s/Stephanie M. Leifer__
                                   Stephanie M. Leifer,
                                   Attorney for Defendants
                                   John S. Holm; Leone E.
                                   Holm


Dated:   February 1, 2012          /s/Scott N. Johnson ____
                                   Scott N. Johnson,
                                   Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

1 **IT IS SO ORDERED:** that Defendants John S. Holm; Leone
2 E. Holm shall have until February 15, 2012 to respond to
3 complaint.

5 Dated: February 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE