SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>The Solano Computer Guy, Inc.,<br><br>et al<br><br>　　　　Defendants | Case No. **2:11-cv-02982-WBS-EFB**<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: EXTENSION OF TIME UNTIL FEBRUARY 15, 2012 FOR DEFENDANTS JOHN S. HOLM; LEONE E. HOLM TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, John S. Holm; Leone E. Holm, by and through their respective attorneys of record, Scott N. Johnson; Stephanie M. Leifer, stipulate as follows:

　　　1. An extension of time has been previously
　　　　　obtained for Defendants John S. Holm; Leone E.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1  Holm until January 30, 2012 to respond or
2  otherwise plead reference to Plaintiff's
3  complaint.
4    2. Defendants John S. Holm; Leone E. Holm are
5  granted an extension until February 15, 2012 to
6  respond or otherwise plead reference to
7  Plaintiff's complaint.
8    3. Defendants John S. Holm; Leone E. Holm response
9  will be due no later than February 15, 2012.

IT IS SO STIPULATED effective as of February 1, 2012

Dated:   February 1, 2012        /s/Stephanie M. Leifer__
                                 Stephanie M. Leifer,
                                 Attorney for Defendants
                                 John S. Holm; Leone E.
                                 Holm

Dated:   February 1, 2012        /s/Scott N. Johnson ____
                                 Scott N. Johnson,
                                 Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants John S. Holm; Leone E. Holm shall have until February 15, 2012 to respond to complaint.

Dated: February 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE