```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff;<br><br>　vs.<br><br>Solano Computer Guy, Inc., et al,<br><br>　　　　Defendants. | Case No. **2:11-cv-02982-WBS-EFB**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Defendants Solano Computer Guy, Inc.; John S. Holm; Leone E. Holm With Prejudice**<br><br>Case to Remain Open with Remaining Defendants |

　　　IT IS HEREBY ORDERED THAT Defendants, Solano Computer Guy, Inc., John S. Holm, Leone E. Holm are hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

　　　　　　　　　　　　　　Date: April 17, 2012

　　　　　　　　　　　　　　*/s/ William B. Shubb/*
　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE