SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff;<br><br>    vs.<br><br>Solano Computer Guy, Inc., et al,<br><br>         Defendants. | Case No. **2:11-cv-02982-WBS-EFB**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br><br>**Dismissal of Defendants Solano Computer Guy, Inc.; John S. Holm; Leone E. Holm With Prejudice**<br><br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendants, Solano Computer Guy, Inc., John S. Holm, Leone E. Holm are hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:  April 17, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-2982-WBS-EFB- 1