Scott N. Johnson, Esq. (SBN 166952)
Disabled Access Prevents Injury, Inc.
5150 Fair Oaks Blvd, Suite 101
PMB #253
Carmichael, CA 95608-5758
Telephone (916) 485-3516
Facsimile )(916) 481-4224
Email scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# OF THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>   v.<br><br>Solano Computer Guy, Inc., et al,<br><br>    Defendants | Case No. **2:11-cv-02982-WBS-EFB**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendant Central Commercial Building, LLC Without Prejudice**<br><br>Case to Be Dismissed in its Entirety |

IT IS SO ORDERED THAT Defendant, Central Commercial Building, LLC, is hereby dismissed from the above-entitled action Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Date:    August 10, 2012

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-2982-WBS-EFB- 1